**F I L E D**
CLERK, U.S. DISTRICT COURT

**10/20/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| UNITED STATES OF AMERICA, | No. 8:21-cr-00191-CJC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| ANTHONY HENRY LEYVA, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about July 23, 2021, in Orange County, within the Central District of California, defendant ANTHONY HENRY LEYVA knowingly possessed a firearm, namely, a Beretta Model 950BS, .25 caliber pistol, bearing serial number BT03833V, and ammunition, namely, approximately three rounds of PPU .25 caliber ammunition, in and affecting interstate and foreign commerce.

Defendant LEYVA possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1)   Possession of a Firearm in a School Zone, in violation of California Penal Code Section 626.9(b), Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), Felon in Possession of Ammunition, in violation of California Penal Code Section 30305(a)(1), and Possession of a Stolen Firearm Concealed on a Person, in violation of California Penal Code Sections 25400(a)(2), (c)(2), in the Superior Court for the State of California, County of Orange, case number 19CF2010, on or about August 27, 2020; and

(2)   Unlawful Taking of a Vehicle, in violation of California Vehicle Code Section 10851(a), Possession of Stolen Property, in violation of California Penal Code Section 496(a), and Participation in a Criminal Street Gang, in violation of California Penal Code Section 186.22(a), in the Superior Court for the State of California, County of Orange, case number 18CF3354, on or about January 24, 2019.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//
//

1    substantially diminished in value; or (e) has been commingled with

2    other property that cannot be divided without difficulty.

3

                                    A TRUE BILL

4

5

6                                   _____
                                    Foreperson

7

8    TRACY L. WILKISON
     Acting United States Attorney

9

10

11   SCOTT M. GARRINGER
     Assistant United States Attorney

12   Chief, Criminal Division

13   BENJAMIN R. BARRON
     Assistant United States Attorney

14   Chief, Santa Ana Branch Office

15   JENNIFER WAIER
     Assistant United States Attorney

16   Deputy Chief,
     Santa Ana Branch Office

17

18   BENJAMIN D. LICHTMAN
     Assistant United States Attorney

19   Santa Ana Branch Office

20

21

22

23

24

25

26

27

28